## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ADOPTION OF G.J.A., P.J.A.   :   No. 172 WAL 2016

                                         :

                                         :

PETITION OF: P.H.A., NATURAL   :   Petition for Allowance of Appeal from
FATHER                                  :   the Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.